**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>          Plaintiffs,<br><br>   v.<br><br>SOUTH COAST STEEL, INC., a California corporation; and GLOBAL METALS CORPORATION, a California corporation,<br><br>          Defendants. | Case No. EDCV 14-413 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS the Motion for Summary Judgment filed by Plaintiffs BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, AND BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST (collectively, "PLAINTIFFS") against Defendant GLOBAL METALS CORPORATION, a California Corporation. The Court previously entered judgment against Defendant SOUTH COAST STEEL, INC., a California Corporation. (Doc. No. 25.)

IT IS ORDERED AND ADJUDGED that Defendant GLOBAL METALS CORPORATION is liable to PLAINTIFFS for the following amounts:

| | | |
|---|---|---|
| Contributions: | $ | 74,595.16 |
| Liquidated Damages: | $ | 14,919.03 |
| Interest: | $ | 13,370.55 |
| Audit Fees: | $ | 1,085.00 |
| **Total Judgment:** | **$** | **103,969.74** |

Defendant GLOBAL METALS CORPORATION is jointly and severally liable with Defendant SOUTH COAST STEEL, INC. for the amounts set forth in this Order to the extent these amounts are equal to or less than the amounts entered against Defendant SOUTH COAST STEEL, INC. in this Court's September 8, 2014 Judgment.

Dated: October 9, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge